For Registration
Fredrick Smith
Register of Deeds
Mecklenburg County, NC
Electronically Recorded
2022 May 16 10:34 AM        RE Excise Tax: $ 1340.00
Book: 37341      Page: 337 - 338      Fee: $ 26.00
Instrument Number:    2022074156

*Fredrick Smith*


GOVERNMENT EXHIBIT A-1

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax: $ 1,340.00

Parcel Identifier No. 21733704        Verified by _____ County on the ___ day of _____, 20___
By: _____

Mail/Box to: The Nixon Firm, PLLC, 403 Gilead Road Suite K, Huntersville, NC 28078

This instrument was prepared by: The Nixon Firm, PLLC, 403 Gilead Road Suite K, Huntersville, NC 28078

Brief description for the Index: LOT 227, PH 2, REGENCY AT THE PALISADES

THIS DEED made this __13th__ day of _____ May _____, 20 22 , by and between

| GRANTOR | GRANTEE |
|---|---|
| Frederick M. Mercer and spouse, Janet E. Mercer 120 Nynnehl Trail Venure, TN 37885 | Kris Williams-Falcon Property Address: 17221 Coves Edge Lane Charlotte, NC 28278 |
| note as N/A per (NCGS 105-317.2) | |

Enter in appropriate block for each Grantor and Grantee: name, mailing address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot, parcel of land or condominium unit situated in the City of _____Charlotte_____, _____ Township, _____Mecklenburg_____ County, North Carolina and more particularly described as follows:

BEING known and designated as all of Lot 227 of REGENCY AT THE PALISADES, PALISADES TRACT 2, Phase 2, Map 3, as shown on map thereof recorded in the Mecklenburg County Public Registry in Map Book 61, Page 227, reference to which is hereby made for a more particular description.

The property hereinabove described was acquired by Grantor by instrument recorded in Book __35658__ page __588__.
All or a portion of the property herein conveyed _X_ includes or ___ does not include the primary residence of a Grantor.
A map showing the above described property is recorded in Plat Book __61__ page __227__.

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002, 2013
Printed by Agreement with the NC Bar Association – 1981

This standard form has been approved by:
North Carolina Bar Association – NC Bar Form No. 3

Submitted electronically by "The Nixon Firm, PLLC"
in compliance with North Carolina statutes governing recordable documents
and the terms of the submitter agreement with the Mecklenburg County Register of Deeds.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:
All valid and enforceable restrictions, easements, and conditions of record and ad valorem taxes for the current year and following years, not yet due and payable.

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_____ (Entity Name)
By:_____
Print/Type Name & Title:_____

_Frederick M Mercer_ (SEAL)
Print/Type Name: Frederick M. Mercer

_Janet E Mercer_ (SEAL)
Print/Type Name: Janet E. Mercer

By:_____
Print/Type Name & Title:_____
_____ (SEAL)
Print/Type Name:_____

By:_____
Print/Type Name & Title:_____
_____ (SEAL)
Print/Type Name:_____

State of _North Carolina_ - County or City of _Mecklenburg_
I, the undersigned Notary Public of the County or City of _Union_ and State aforesaid, certify that _Frederick M. Mercer and wife, Janet E. Mercer_ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this _13th_ day of _May_, 20_22_.

[Notary Seal: CHRISTOPHER NIXON, NOTARY PUBLIC, Union County, North Carolina]

My Commission Expires: _April 17, 2025_
(Affix Seal)

_Christopher Nixon_ Notary Public
Notary's Printed or Typed Name

State of _North Carolina_ - County or City of _Mecklenburg_
I, the undersigned Notary Public of the County or City of _Union_ and State aforesaid, certify that _____ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this _13th_ day of _____, 20___.

My Commission Expires: _April 17, 2025_
(Affix Seal)

_Christopher Nixon_ Notary Public
Notary's Printed or Typed Name

State of _____ - County or City of _____
I, the undersigned Notary Public of the County or City of _____ and State aforesaid, certify that _____ personally came before me this day and acknowledged that _he is the _____ of _____, a North Carolina or _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of such entity, __he signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal, this _____ day of _____, 20___.

My Commission Expires: _____
(Affix Seal)
_____ Notary Public
Notary's Printed or Typed Name

Page 2 of 2

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002, 2013
Printed by Agreement with the NC Bar Association – 1981

This standard form has been approved by:
North Carolina Bar Association – NC Bar Form No. 3

Case 1:23-cv-00224   Document 1-2   Filed 03/14/23   Page 2 of 2