IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Civil No. 1:23CV224 |
| Plaintiff, | : |
| v. | : |
| 17221 COVES EDGE LANE, CHARLOTTE, MECKLENBURG COUNTY, NORTH CAROLINA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : |
| and | : |
| 4016 WILD NURSERY COURT, CHARLOTTE, MECKLENBURG COUNTY, NORTH CAROLINA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : |
| Defendants. | : |

## SUPPLEMENT TO VERIFIED COMPLAINT OF FORFEITURE

NOW COMES Plaintiff, United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully states as follows:

1. A Verified Complaint of Forfeiture (Doc. 1) was filed on March 14, 2023.

2. Due to a technical error, the electronic signature of Federal Bureau of Investigation Special Agent Corey E. Maser does not appear on the final page of the filed version of Exhibit A, the declaration in support of the Verified Complaint of Forfeiture (Doc. 1-1).

3. The signature page of Exhibit A, including the visible electronic signature of Agent Maser, is attached (Doc. 2-1).

4. This filing supplements the Verified Complaint of Forfeiture and will be served with the Complaint at the appropriate time.

This the 15th day of March, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
UNITED STATES ATTORNEY


/s/ Lynne P. Klauer
Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone: (336) 333-5351
E-mail: lynne.klauer@usdoj.gov