This the 13th day of March, 2023.

                                                            MASER.COREY.E.F64M44K72
                                                            Digitally signed by MASER.COREY.E.F64M44K72
                                                            Date: 2023.03.13 14:36:38 -04'00'

                                                            Corey E. Maser
                                                            Special Agent
                                                            Federal Bureau of Investigation