23 M 1272

<u>Registered Owners/Index To</u>: Kris Williams-Falcon aka Kris Falcon

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff, | : Civil No. 1:23CV224 |
| v. | : |
| 17221 COVES EDGE LANE, CHARLOTTE,<br>MECKLENBURG COUNTY, NORTH<br>CAROLINA, WITH ALL APPURTENANCES<br>AND IMPROVEMENTS THEREON, | : |
| and | : |
| 4016 WILD NURSERY COURT, CHARLOTTE,<br>MECKLENBURG COUNTY, NORTH<br>CAROLINA, WITH ALL APPURTENANCES<br>AND IMPROVEMENTS THEREON,<br>　　　　　　　　Defendants. | : |

## LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced by

Plaintiff and is now pending in the United States District Court for the Middle District of

North Carolina against the above-named property for arrest and forfeiture of the defendant real property pursuant to 18 U.S.C. § 981(a)(1)(A) and (C). The Complaint has been duly filed with the Clerk of the United States District Court for the Middle District of North Carolina, Greensboro, North Carolina, on March 14, 2023. Such document is marked as Civil Action No.1:23CV224.

a. The defendant property is all that certain lot or parcel of land known as 4016 Wild Nursery Court, Charlotte, Mecklenburg County, North Carolina, with all appurtenances and improvements thereon, more particularly described as follows:

> BEING all of Lot 4 of PRESTON FOREST SUBDIVISION, Phase II, Map 1 as same is shown on a map thereof recorded in Map Book 29 at Page 59 in the Mecklenburg County Public Registry.

The record title holder of the subject real property is Kris Falcon, a.k.a. Kris Williams-Falcon. The property was acquired on or about October 19, 2022, by North Carolina General Warranty Deed recorded in the Mecklenburg County Register of Deeds at Book 3733, Pages 668-669, on October 25, 2022.

For further information concerning this action, reference may be had to the records of the Clerk for the United States District Court for the Middle District of North Carolina, at Greensboro, North Carolina.



2

Case 1:23-cv-00224-UA-JLW   Document 4   Filed 03/16/23   Page 2 of 3

This the 14th day of March, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
UNITED STATES ATTORNEY

*Lynne P. Klauer*

Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: (336) 333-5351
E-mail: lynne.klauer@usdoj.gov