IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : Civil No. 1:23CV224<br>:<br>: |
| v. | :<br>: |
| 17221 COVES EDGE LANE, CHARLOTTE, MECKLENBURG COUNTY, NORTH CAROLINA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, ET. AL.<br>Defendants. | :<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT WITH KRIS WILLIAMS-FALCON

NOW COMES the United States of America, through its attorney, Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and advises the Court that any potential claims of Kris Williams-Falcon have been settled by mutual agreement of the parties, as set forth in the attached Settlement Agreement executed by Plaintiff and Kris Williams-Falcon.

This is the 13th day of April, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
UNITED STATES ATTORNEY

Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: (336) 333-5351
E-mail: lynne.klauer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2023, the foregoing Notice of Settlement was electronically filed with the Clerk of Court using the CM/ECF system, which well send notification of such filing to the following: H. Gerald Beaver (Attorney for Kris Williams-Falcon)

I hereby certify that the document was mailed to the following non-CM/ECF participants: [None]

Respectfully submitted,

SANDRA J. HAIRSTON
UNITED STATES ATTORNEY

Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: (336) 333-5351
E-mail: lynne.klauer@usdoj.gov